# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESA MORAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 15-cv-579-JED-PJC |
| | ) |
| GEICO CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Dated this 17th day of February, 2017.

Respectfully submitted,

/s/ Jacob L. Rowe
Simone Gosnell Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
FULMER GROUP PLLC
P.O. Box 2448
Oklahoma City, OK  73101
Phone/Fax:  (405) 510-0077
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
**ATTORNEYS FOR PLAINTIFF**


-and-


/s/Gerard F. Pignato
*Signed with permission of counsel*
Gerard F. Pignato, OBA #11473
PIGNATO, COOPER, KOLKER, &
    ROBERSON, P.C.
Robinson Renaissance Bldg
119 North Robinson Ave., 11th Floor
Oklahoma City, OK  73102
Phone:  (405) 606-3333
Facsimile:  (405) 606-3334
jerry@pclaw.org
**ATTORNEY FOR DEFENDANT**